# Separation of Employment Agreement

I agree, for consideration of severance pay of six weeks at my regular hourly rate, to the following:

1. I will maintain client confidentiality and will not disclose any matters concerning any of the clients I have learned about through my work with Parnall Law.

2. I do not possess any files or documents or any other materials belonging to the firm, in physical or digital format, in my home, car or any location outside the office.

3. I will not solicit, nor will I contact any current or former Parnall Law clients.

4. I will not bring any claim, lawsuit or charges against Parnall or any owner, agent or employee, for any reason. Unemployment claims are excluded from this agreement.

5. Upon signing this agreement, I will turn over any keys I have to all Parnall Law offices and storage facilities, return any computer or office equipment and any passwords used to access Parnall Law computers or systems.


Name: _____Dominique Romero_____     Date 06/28/2023



**EXHIBIT A**

PARNALL 000177