# Dooley Gilchrist

**From:** Dominique Romero <DominiqueRomero@parnalllaw.com>
**Sent:** Wednesday, June 28, 2023 9:12 AM
**To:** Roni Fraire
**Attachments:** Separation of Employment Agreement 2023.docx






**EXHIBIT B**


PARNALL 000178