# Earnings Statement

ROMERO, DOMINIQUE CHANTAL

| | | |
|---|---|---|
| Pay Date: | 06/30/2023 | Company: 0MU74 - PARNALL LAW FIRM LLC |
| Period Start: | 06/11/2023 | PO BOX 8009 |
| Period End: | 06/25/2023 | ALBUQUERQUE  NM  87198   (505) 268-6500 |

Emp #: 0246
Dept: 400 - Case Managers
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 16.80 | 73.76 | 1239.17 | 15400.10 |
| Overtime | 25.20 | 2.65 | 66.78 | 429.67 |
| HOLIDAY PAY | 16.80 | 0.00 | 0.00 | 396.80 |
| Paid Time Off | 16.80 | 5.00 | 84.00 | 754.13 |
| Personal | 16.80 | 274.52 | 4611.94 | 4611.94 |
| Bi Monthly Bonus | | | 239.41 | 3433.96 |
| **Gross** | | 355.93 | 6241.30 | 25026.60 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 1170.41 | 3035.07 |
| Medicare | | | 90.50 | 362.89 |
| Social Security | | | 386.96 | 1551.65 |
| New Mexico State W/H(S/0) | | | 280.04 | 916.89 |
| **Deductions** | | | | |
| **Net Pay** | | | 4313.39 | **19160.10** Voucher No. 4018DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 4313.39 | 19160.10 A/C:3732 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life Company Paid * | 3.15 | 37.80 | *Memo Only | |
| Long Term Disability Company P * | 4.48 | 53.98 | *Memo Only | |
| PTO Hours ** | | 53.76 | 37.27 | 16.49 |

**Accruals balances are accurate as of processing 06/29/2023 10:10 am



Voucher No. 4018DD

PARNALL LAW FIRM LLC
P O BOX 8009
ALBUQUERQUE, NM 87198
(505) 268-6500
Dept: 400

DATE: 06/30/2023

**Net Pay:** **4313.39**

Four Thousand Three Hundred Thirteen And 39/100 Dollars

ROMERO, DOMINIQUE CHANTAL
3304 SIRINGO RD
SANTA FE, NM  87505

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

PARNALL 000174

# Earnings Statement

**ROMERO, DOMINIQUE CHANTAL**

| | | | |
|---|---|---|---|
| Pay Date: | 06/15/2023 | Company: 0MU74 - PARNALL LAW FIRM LLC | Emp #: 0246 |
| Period Start: | 05/26/2023 | PO BOX 8009 | Dept: 400 - Case Managers |
| Period End: | 06/10/2023 | ALBUQUERQUE  NM  87198   (505) 268-6500 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 16.80 | 70.64 | 1186.75 | 14160.93 |
| Overtime | 25.20 | 0.34 | 8.57 | 362.89 |
| HOLIDAY PAY | 16.80 | 8.00 | 134.40 | 396.80 |
| Paid Time Off | 16.80 | 6.10 | 102.48 | 670.13 |
| Bi Monthly Bonus | | | 262.54 | 3194.55 |
| **Gross** | | 85.08 | 1694.74 | 18785.30 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 167.95 | 1864.66 |
| Medicare | | | 24.58 | 272.39 |
| Social Security | | | 105.08 | 1164.69 |
| New Mexico State W/H(S/0) | | | 57.26 | 636.85 |
| **Deductions** | | | | |
| **Net Pay** | | | 1339.87 | 14846.71 Voucher No. 3937DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1339.87 | 14846.71 A/C:3732 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life Company Paid * | 3.15 | 34.65 | *Memo Only | |
| Long Term Disability Company P * | 4.48 | 49.50 | *Memo Only | |
| PTO Hours ** | | 50.09 | 32.27 | 17.82 |

**Accruals balances are accurate as of processing 06/14/2023 11:51 am

---

Voucher No. 3937DD

PARNALL LAW FIRM LLC
P O BOX 8009
ALBUQUERQUE, NM 87198
(505) 268-6500
Dept: 400

DATE: 06/15/2023

**Net Pay:**                                                                                      **1339.87**

One Thousand Three Hundred Thirty Nine And 87/100 Dollars

ROMERO, DOMINIQUE CHANTAL
3304 SIRINGO RD
SANTA FE, NM  87505

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

PARNALL 000175