**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DOMINIQUE ROMERO-VALDEZ,

Plaintiff/Counter-Defendant,

v.                                                          Case No. 1:23-cv-01084-LF-GJF

PARNALL LAW FIRM, LLC,

Defendant/Counter-Plaintiff.

**ORDER DENYING AS MOOT MOTIONS FOR DIRECTED VERDICT**

This matter comes before the Court on Defendant Parnall Law Firm, LLC's ("Parnall Law") three motions for directed verdict: Documents 249, 256, and 257. Based on the jury's verdict and the parties' discussion at the status conference on February 19, 2026 (Doc. 268), the Court denies these three motions as moot without prejudice. Defendant may refile these motions if they become relevant later in the proceedings.

It is so ordered.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE